**Abdeslam BEN–ALI, Appellant,**

v.

**JEWEL–OSCO STORES,
INC., Respondent.**

**No. WD 62250.**

Missouri Court of Appeals,
Western District.

Jan. 20, 2004.

Catherine A. Donnelly, F. Allen Speck, Kansas City, MO, for Appellant.

Danny L. Curtis, Suzanna L. Trower, Kansas City, MO, for Respondent.

Before BRECKENRIDGE, P.J., and EDWIN H. SMITH and HOWARD, JJ.

**ORDER**

PER CURIAM.

Abdeslam Ben–Ali (Appellant) appeals from the circuit court's judgment denying his motion for leave to amend his petition and dismissing his case. Because the court did not abuse its discretion in denying Appellant leave to amend and dismiss-

ing the case, we affirm the judgment. Rule 84.16(b).